**In the Matter of Timothy D. FREEMAN, Respondent.**

**No. 49S00–1103–DI–168.**

Supreme Court of Indiana.

March 8, 2012.

*PUBLISHED ORDER CONVERTING SUSPENSION FOR NONCOOPER- ATION WITH THE DISCIPLIN- ARY PROCESS TO INDEFINITE SUSPENSION*

On July 19, 2011, pursuant to Indiana Admission and Discipline Rule 23(10)(f), this Court suspended Respondent from the practice of law in this State for failing to cooperate with the Disciplinary Commis- sion concerning a grievance filed against Respondent. The Disciplinary Commis- sion has now moved to convert Respon- dent's suspension to an indefinite suspen- sion from the practice of law pursuant to Admission and Discipline Rule 23(10)(f)(4). Respondent has not responded to the Commission's motion to convert the cur- rent suspension.

The Court finds that more than six months have passed since Respondent was suspended due to noncooperation with the disciplinary process. Accordingly, the Court concludes that Respondent's suspen- sion should be converted to an indefinite suspension from the practice of law pursu- ant to Admission and Discipline Rule 23(10)(f)(4).

IT IS THEREFORE ORDERED that Respondent's current suspension from the practice of law for failure to cooperate with the disciplinary process is converted to an indefinite suspension, effective immediate- ly. Respondent is ordered to fulfill the continuing duties of a suspended attorney under Admission and Discipline Rule 23(26). To be readmitted to the practice of law in this State, Respondent must cure the causes of all suspensions in effect and successfully petition this Court for rein- statement pursuant to Admission and Dis- cipline Rule 23(4) and (18).

The Clerk of this Court is directed to forward notice of this order to Respondent by certified mail, return receipt requested, at the address reflected in the Roll of Attorneys; to the Disciplinary Commis- sion; and to all other entities entitled to notice under Admission and Discipline Rule 23(3)(d). The Clerk is further direct- ed to post this order to the Court's web- site, and Thomson Reuters is directed to publish a copy of this order in the bound volumes of this Court's decisions.

All Justices concur.